IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-00988-WYD-MJW

ADRIEL BORGHESI,

    Petitioner,

v.

GARY WATKINS and JOHN SUTHERS,

    Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Petitioner's Request for Leave to File Reply to Respondents' Answer [# 18], filed March 9, 2007, is **GRANTED**.  Petitioner shall file his reply to the Court by **Monday, March 26, 2007.**

    Dated:  March 12, 2007